ANNA TANNENBAUM et al., Respondents, v. LOEW'S INC. et al., Appellants.—

No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Cohn and Shientag, JJ.